## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:19-CR-193** |
| | : | |
| **v.** | : | **(Judge Conner)** |
| | : | |
| **JHORDAN D. ROYAL,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 3rd day of November, 2021, upon consideration of the motion (Doc. 69) to suppress by defendant Jhordan D. Royal, and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motion (Doc. 69) to suppress is DENIED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania